UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20430-BLOOM/Louis

CHESTER S. PHILLIPS,

    Plaintiff,

v.

COURIER EXPRESS/ORLANDO INC.,
a Florida profit corporation, JACK
MESSERLY, individually, and
JAMES MESSERLY, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, CHESTER S. PHILLIPS, by and though his undersigned counsel, hereby notifies the court that the parties have reached a resolution with regard to this litigation. The parties are in the process of finalizing the appropriate settlement and closing documents, including a joint motion for court approval of the settlement and a proposed order of dismissal and request that all deadlines be stayed while the parties prepare the settlement and closing documents.

## CERTIFICATE OF SERVICE

    **I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on April 1, 2020, on all counsel or parties of record on the Service List below.

    s/Cathleen Scott
    Cathleen Scott, Esq.
    Florida Bar No. 135331
    Primary e-mail: cscott@scottwagnerlaw.com
    Secondary e-mail: mail@scottwagnerlaw.com
    SCOTT WAGNER & ASSOCIATES, P.A.
    250 South Central Boulevard, Suite 104-A
    Jupiter, FL 33458
    Telephone: (561) 653-0008

        Facsimile: (561) 653-0020
        Secondary Address: 101 Northpoint Parkway
        West Palm Beach, FL 33407
        www.ScottWagnerLaw.com

## SERVICE LIST
### Case No. 20-cv-20430-BLOOM/LOUIS

Cathy M. Stutin, Esq.
Florida Bar No.: 0865011
cstutin@fisherphillips.com
Fisher & Phillips LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739