UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20430-BLOOM/Louis

CHESTER S. PHILLIPS,

    Plaintiff,

v.

COURIER EXPRESS/ORLANDO INC.,
a Florida profit corporation, JACK
MESSERLY, individually, and
JAMES MESSERLY, individually,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT
## AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Approve Settlement Agreement and Dismissal with Prejudice, ECF No. [23] ("Motion"), filed on April 13, 2020. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [23]**, is **GRANTED**.

2. The Settlement Agreement and Full and Final Release of All Claims, ECF No. [23-1] ("Settlement Agreement"), which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**, and all pending motions are

Case No. 20-cv-20430-BLOOM/Louis

**DENIED AS MOOT**.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 13, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record